Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-636

**Effective Date of Registration:**
September 22, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Glint |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 18, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Stephanie Pui-Mun Law |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Stephanie Pui-Mun Law |
| | 6802 chambers Dr,, Oakland, CA, 94611, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Stephanie Pui-Mun Law |
| **Email:** | stephlaw@gmail.com |
| **Address:** | 6802 chambers Dr, |
| | Oakland, CA 94611 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 22, 2025 |
| **Applicant's Tracking Number:** | SL2025091901 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-449

**Effective Date of Registration:**
September 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Trance |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 20, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Stephanie Pui-Mun Law |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stephanie Pui-Mun Law |
| | 6802 chambers Dr,, Oakland, CA, 94611, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Stephanie Pui-Mun Law |
| **Email:** | stephlaw@gmail.com |
| **Address:** | 6802 chambers Dr, |
| | Oakland, CA 94611 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 19, 2025 |
| **Applicant's Tracking Number:** | SL2025091903 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-639

**Effective Date of Registration:**
September 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Transition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Stephanie Pui-Mun Law
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Stephanie Pui-Mun Law
6802 chambers Dr,, Oakland, CA, 94611, United States

## Rights and Permissions

**Name:** Stephanie Pui-Mun Law
**Email:** stephlaw@gmail.com
**Address:** 6802 chambers Dr,
Oakland, CA 94611 United States

## Certification

**Name:** David Denholm
**Date:** September 19, 2025
**Applicant's Tracking Number:** SL2025091904

