**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stephanie Pui−Mun Law

Plaintiff,

v.

Case No.: 1:26−cv−04086
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable Edmond E. Chang: In the order of 05/12/2026, the Court directed the Plaintiff to address Liu v. Monthly, 170 F.4th 1090, 109394 (7th Cir. 2026), in any upcoming default−judgment motion. R. 22. On review of the default−judgment motion, R. 24 at 3−4, it is not clear from the personal−jurisdiction section of the brief whether there is evidence that the Defendant sold an infringing good into Illinois and there does not appear to be a mention of Liu v. Monthly. Perhaps discovery from the online platform revealed a sale. The Plaintiff shall file a supplement addressing this issue by 10/08/2026. The tracking status hearing of 10/02/2026 is reset to 10/16/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.