**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04086

Judge Edmond E. Chang

Magistrate Judge Heather K. McShain

**PLAINTIFF'S SUPPLEMENTAL INFORMATION IN RESPONSE TO [32]**

Pursuant to Minute Entry [32], Plaintiff submits this supplemental information in support of Plaintiff's Motion for Entry of Default and Default Judgment, and hereby states as follows:

The defendant identified in Amended Schedule A accepted an order from a customer located in Illinois for the infringing product at issue. As shown in **Exhibit 1** attached hereto, and as alleged in the Complaint, defendant has participated in at least one transaction in which an infringing product was agreed to be sold to an Illinois address. The Illinois purchase receipt demonstrates defendant's purposeful availment of the Illinois market and establish a concrete basis for the exercise of personal jurisdiction over defendant.

DATED: October 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt