Exhibit 1

Case: 1:26-cv-04086 Document #: 33-1 Filed: 10/02/26 Page 2 of 2 PageID #:152

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

## Order summary

| | |
|---|---|
| Order ID: | PO-211-20464305541751510 |
| Order time: | Mar 19, 2026 |
| Item(s) total: | ~~$64.14~~ |
| Item(s) discount: | -$43.34 |
| Subtotal: | $20.80 |
| Shipping: | FREE |
| Sales tax: | $2.13 |
| Order total: | **$22.93** |

## Shipping address

[redacted], 1111 W 35th St, 15th floor, CHICAGO, IL 60609-1404, United States

## Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ..[redacted] $22.93
Paid on Mar 19, 2026

Billing address: [redacted], 33 W Jackson Blvd, 2W, CHICAGO, IL 60604, United States

## Item details (6)



2D Flat, 1pc, Throw Pillow Covers, Abstract Drag... $4.42
1pc-17.71x17.71inch ×1
By TAFXL



2D Flat, 1pc, Metal Sign, Colorful Splatter Elepha... $4.56
8x12 Inches/20x30cm ×1
By Sanzipu Decoration



2D Flat, 2D Flat Printing Frameless, Kre8 Abstrac... $2.45
12x18inch(30x45cm) ×2
By Gerald Decoration



2D Flat, 2D Flat, 1pc Kre8 Infinite Destroyer Abst... $3.46
12X18 Inch ×2
By XULILOVE